## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| James A. Beckett, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 0:13-1386-RMG |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner of Social Security denying his disability claim. In accord with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 DSC, this matter was referred to a United States Magistrate Judge for pre-trial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on April 30, 2014, recommending that the Court dismiss this appeal with prejudice because of Plaintiff's failure to prosecute. (Dkt. No. 21). Notice was provided that a failure of Plaintiff to timely file objections to the R & R would result in limited review by the District Court and waiver of the right to appeal the order of the District Court. *Id.* at 3. No timely response has been filed to the R & R.

The Court has reviewed the R & R in this matter and finds that the R & R accurately sets forth the proper factual and legal issues present in this matter. The Court hereby adopts the R & R as the order of this Court. Accordingly, the appeal in this matter is dismissed with prejudice.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

May 22, 2014
Charleston, South Carolina

-2-